Dismissed and Memorandum Opinion filed August 11, 2005









Dismissed and Memorandum Opinion filed August 11,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00661-CV

____________

 

SAEED ALARAJ,
Appellant

 

V.

 

WRI/POST OAK,
INC., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 3

Harris County,
Texas

Trial Court Cause No.
807,037

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed May 23, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not establish indigence
or make arrangements to pay for the record. 


On July 5, 2005, notification was transmitted to all parties
of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).  Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 11, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.